BLANK ROME LLP
Attorneys for Defendant
HANJIN OVERSEAS TANKER PTE. LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KINGFISH SERVICES LIMITED, | 07 Civ. 9628 ( RPP) |
| Plaintiff, | ECF CASE |
| -against- | |
| HANJIN OVERSEAS TANKER PTE. LTD., | **NOTICE OF** |
| Defendant. | **RESTRICTED APPEARANCE** |

Pursuant to Supplemental Rule E(8) for Admiralty or Maritime Claims and Asset Forfeiture Claims, Defendant, HANJIN OVERSEAS TANKER PTE. LTD., appears specially herein.

Dated:   New York, New York
         November 8, 2007

                                    BLANK ROME LLP
                                    Attorneys for Defendant
                                    HANJIN OVERSEAS TANKER PTE. LTD.

                                    By _____
                                    LeRoy Lambert (LL 3519)
                                    The Chrysler Building
                                    405 Lexington Avenue
                                    New York, NY 10174-0208
                                    Tel.: (212) 885-5000

900200.00001/6589705v.1