BLANK ROME LLP
Attorneys for Defendant
HANJIN OVERSEAS TANKER PTE. LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KINGFISH SERVICES LIMITED,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>HANJIN OVERSEAS TANKER PTE. LTD.,<br><br>　　　　　　　Defendant. | 07 Civ. 9628 ( RPP)<br>ECF CASE<br><br>**RULE 7.1 STATEMENT** |

　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, HANJIN OVERSEAS TANKER PTE. LTD. ("Defendant"), certifies that upon information and belief, Defendant is owned by Hanjin Shipping Co. Ltd., a corporation whose shares are traded on the Korean Stock Exchange.

Dated:　　　New York, New York
　　　　　　November 8, 2007

　　　　　　　　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　HANJIN OVERSEAS TANKER PTE. LTD.

　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　LeRoy Lambert (LL 3519)
　　　　　　　　　　　　　　　　　　　The Chrysler Building
　　　　　　　　　　　　　　　　　　　405 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, NY 10174-0208
　　　　　　　　　　　　　　　　　　　Tel.: (212) 885-5000