*Patterson*

BLANK ROME LLP
Attorneys for Defendant
HANJIN OVERSEAS TANKER PTE. LTD.
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KINGFISH SERVICES LIMITED,

    Plaintiff,

-against-

HANJIN OVERSEAS TANKER PTE. LTD.,

    Defendant.

07 Civ. 9628 (RPP)
ECF CASE

**STIPULATION AND ORDER FOR THE RELEASE OF FUNDS AND DISMISSAL OF ACTION**

---

IT IS HEREBY STIPULATED AND ORDERED that all funds restrained pursuant to the Order of Attachment in this action shall be released by any and all garnishee banks. Funds shall be released in accordance with instructions to be provided separately by Blank Rome LLP, counsel below for Hanjin Overseas Tanker Pte Ltd.; and

IT IS FURTHER STIPULATED AND AGREED that this action be dismissed without prejudice and without costs to any party.

Dated:    New York, New York
           August 25, 2008

EATON & VAN WINKLE LLP
Attorneys for Plaintiff
KINGFISH SERVICES LIMITED

By _____
Michael O'Shea Hardison
Three Park Avenue, 16th Floor
New York, NY 10016
Tel: (212) 561-3606

BLANK ROME LLP
Attorneys for Defendant
HANJIN OVERSEAS TANKER PTE. LTD.

By _____
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
Tel.: (212) 885-5000

September 2, 2008
SO ORDERED

_____
U.S.D.J.